

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2021

No. 04-20-00403-CV

**IN RE EUGENIO VILLARREAL**

Original Mandamus Proceeding[1]

**ORDER**

On August 12, 2020, relator filed a petition for writ of mandamus and motion for temporary stay. After considering the petition, response, reply, and sur-reply, this court concludes relator did not show he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied and the stay granted by this court on August 13, 2020 is lifted. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 3, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2021.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016-CVT-000921-D3, styled *Tina Botello v. Eugenio Villarreal*, in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Palomo presiding.